SAMUEL WEBER, Respondent, v. BARNEY STEINGART, Appellant.— Order setting aside verdict and granting new trial upon the ground that the verdict was contrary to the evidence, unanimously affirmed, costs to abide the event. There was a clear-cut question of fact presented on the evidence in this case; still we are loath to interfere with the order of the learned trial justice who saw and heard the witnesses, and who directed a new trial, being convinced that the verdict was contrary to the evidence and that it registered a miscarriage of justice. (*Boos* v. *Field*, 192 App. Div. 696; *Lyons* v. *Connor*, 53 id. 475; *Glassford* v. *Lewis*, 82 Hun, 46; *Northam* v. *Dutchess County Mut. Ins. Co.*, 68 App. Div. 475; *O'Keeffe*

v. *O'Keeffe*, 208 id. 750.)    Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.